UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 11921 NMG

| | |
|---|---|
| WATTS REGULATOR CO.,<br><br>Plaintiff,<br><br>v.<br><br>BRASS CRAFT MANUFACTURING COMPANY,<br><br>Defendant. | Civil Action No.:<br><br>JURY TRIAL DEMAND<br><br>RECEIPT # 58391<br>AMOUNT $ 150.00<br>SUMMONS ISSUED ___<br>LOCAL RULE 4.1 ___<br>WAIVER FORM ___<br>MCF ISSUED ___<br>BY DPTY. CLK. ___<br>DATE 9/2/04 |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Watts Regulator Co. files this Complaint for patent infringement against Brass Craft Manufacturing Company, alleging:

### The Parties

1. Plaintiff Watts Regulator Co. ("Watts") is a corporation organized and existing under the laws of the Commonwealth of Massachusetts and having its principal place of business at 815 Chestnut St., North Andover, Massachusetts 01845-6098.

2. Defendant Brass Craft Manufacturing Company ("Defendant") is a corporation organized and existing under the laws of the State of Michigan, having a place of business at 39600 Orchard Hill Place, Novi, Michigan 48375-5331.

### Jurisdiction and Venue

3. This civil action for patent infringement arises under the patent laws of the United States, 35 U.S.C. § 271 *et seq.* This Court has jurisdiction over the subject matter of this action under at least 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Defendant because Defendant regularly and continuously transacts business within this District by selling and/or offering for sale, *inter*

*alia*, plumbing products that infringe Watts' U.S. patents identified below, and consequently it has caused injury to Watts both within and outside this District. On information and belief, Defendant is engaging in other related business in this District and/or has otherwise engaged in other persistent conduct in this District making it subject to personal jurisdiction here.

5. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c).

## COUNT I
### (Infringement of U.S. Patent No. 5,364,134)

6. Watts is the current owner by assignment of United States Patent No. 5,364,134, entitled END FITTING FOR FLEXIBLE CONDUIT ("the '134 patent"), which duly and legally issued by the United States Patent Office on November 15, 1994. A copy of the '134 patent is attached as Exhibit 1.

7. Defendant makes, uses, offers to sell, sells and/or imports into the United States plumbing products -- including but not limited to products marketed as Speedi Plumb®, Speedi Plumb Plus™ and Speedi One Plus™ connectors -- that infringe one or more claims of the '134 patent, violations under 35 U.S.C. § 271.

8. Defendant is aware of the '134 patent.

9. Defendant's infringement of the '134 patent is willful under 35 U.S.C. § 284.

10. As a result of Defendant's infringement of the '134 patent, Watts has and will continue to suffer irreparable harm.

## COUNT II
### (Infringement of U.S. Patent No. 5,364,135)

11. Watts is the current owner by assignment of United States Patent No. 5,364,135, entitled END FITTING FOR FLEXIBLE CONDUIT ("the '135 patent"), which duly and legally issued by the United States Patent Office on November 15, 1994. A copy of the '135 patent is attached as Exhibit 2.

12. Defendant makes, uses, offers to sell, sells and/or imports into the United States plumbing products -- including but not limited to products marketed as Speedi Plumb®, Speedi

Plumb Plus™ and Speedi One Plus™ connectors -- that infringe one or more claims of the '135 patent, violations under 35 U.S.C. § 271.

13. Defendant is aware of the '135 patent.

14. Defendant's infringement of the '135 patent is willful under 35 U.S.C. § 284.

15. As a result of Defendant's infringement of the '135 patent, Watts has and will continue to suffer irreparable harm.

**WHEREFORE**, Watts respectfully requests that this Court grant it the following relief:

A. Judgment that Defendant has infringed the '134 patent;

B. Judgment that Defendant has infringed the '135 patent;

C. Preliminary and permanent injunctive relief precluding Defendant, its parents, subsidiaries, affiliates, directors, officers, agents and employees, and any others acting for, with, by, through or under any of them, from further infringing the '134 and '135 patents;

D. Award Watts its damages resulting from Defendant's infringement of the '134 and '135 patents plus interest and costs;

E. Find that Defendant's infringement has been willful and award enhanced damages;

F. Find that this is an exceptional case and award Watts its reasonable attorney fees; and

G. Award Watts any such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMAND

Watts requests trial by jury.

Dated: September 2, 2004

By its attorneys,

_____
Jolynn M. Lussier (BBO# 564636)
Michael E. Zeliger (BBO# 633654)
David L. Schuler (BBO# 648012)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Attorneys for Plaintiff
WATTS REGULATOR CO.

20846091.doc

**UNITED STATE DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only)  Watts Regulator Co. v. Brass Craft Manufacturing Company

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.  *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ___ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 821-865, 870, 871, 875, 900.

   ___ V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐    No X

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC § 2403)

   YES ☐    No X

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐    No X

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC § 2284?

   YES ☐    No X

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing Massachusetts reside in the same division? – (See Local Rule 40.1(d)).

   YES ☐    No X

   A. If yes, in which division do all of the non-governmental parties reside?

   **Eastern Division** ☐    **Central Division** ☐    **Western Division** ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

   **Eastern Division** X    **Central Division** ☐    **Western Division** ☐

8. If filing a Notice of Removal – are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐    No ☐

Attorney's Name  **Jolynn Lussier, Esq., Fish & Richardson P.C.**_____

Address  **225 Franklin Street, Boston, MA 02110**_____

Telephone No.  **(617) 542-5070**_____

(PLEASE TYPE OR PRINT)                                                                                              20845250.doc

JS 44 (Rev 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
WATTS REGULATOR CO.

(b) County of Residence of First Listed Plaintiff  Essex
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
BRASS CRAFT MANUFACTURING COMPANY

County of Residence of First Listed Defendant  Oakland
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

(c) Attorneys (Firm Name, Address, and Telephone Number)
Jolynn M. Lussier
Fish & Richardson P.C. (Boston)
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

Attorneys (If Known)

04-11921 NMG

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury-- Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 850 Securities/ Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth In Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) |  |
| ☐ 190 Other Contract |  | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
|  |  | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
|  |  | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment |  |  |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation |  |
| ☐ 240 Torts to Land |  | ☐ 535 Death Penalty |  | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act |  |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights |  |  | ☐ 890 Other Statutory Actions |
|  | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (PLACE "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
35 USC section 271 and 28 USC sections 1331 and 1338(a)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

Demand: $

CHECK YES only if demanded in Complaint
JURY DEMAND  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY (See Instructions)
JUDGE                                        DOCKET NUMBER

DATE: 09/2/04
SIGNATURE OF ATTORNEY OF RECORD
TYPE NAME OF ATTORNEY: Jolynn M. Lussier

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO 120 (Rev. 6/90)

| TO: | |
|---|---|
| Commissioner of Patents and Trademarks<br>Washington, D.C. 20231 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court <u>District of Masschusetts</u> on the following  X  Patents or  ☐ Trademarks:

| DOCKET NO. | DATE FILED<br>September 2, 2004 | U.S. DISTRICT COURT<br>District of Massachusetts |
|---|---|---|
| PLAINTIFF<br>Watts Regulator Co. | | DEFENDANT<br>Brass Craft Manufacturing Company |

**04 11921 NMG**

| | PATENT OR TRADEMARK | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,364,134 | 11/15/94 | Watts Regulator Co. |
| 2 | 5,364,135 | 11/15/94 | Watts Regulator Co. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon Initiation of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner
Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 4—Case file copy

20845516.doc