UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WATTS REGULATOR CO.,<br><br>Plaintiff,<br><br>v.<br><br>BRASS CRAFT MANUFACTURING COMPANY,<br><br>Defendant. | 04 11921 NMG<br><br>Civil Action No.: |

## CORPORATE DISCLOSURE STATEMENT OF WATTS REGULATOR CO.

Plaintiff Watts Regulator Co., files the following statement pursuant to Fed. R. Civ. P. 7.1 and LR 7.3.

The following entity is financially interested in this case:

<u>Watts Regulator Co.</u>

Plaintiff Watts Regulator Co. is a wholly-owned subsidiary of Watts Water Technologies, Inc. Shares of Watts Water Technologies, Inc. are publicly traded on the New York Stock Exchange under the ticker symbol WTS. There are no publicly held corporations that own 10% or more of stock in Watts Water Technologies, Inc.

Dated: September 2, 2004

Jolynn M. Lussier (BBO #564636)
Michael E. Zeliger (BBO #633654)
David L. Schuler (BBO #648012)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Facsimile: (617) 542-8906
Email: Lussier@fr.com

Attorneys for Plaintiff
Watts Regulator Co.

20921893.doc