AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## District of Massachusetts

WATTS INDUSTRIES, INC.

Plaintiff,,

v.

BRASS CRAFT MANUFACTURING COMPANY,

Defendant.

**SUMMONS IN A CIVIL CASE**

Case Number: 04 11921 NMG

TO: Brass Craft Manufacturing Company
39600 Orchard Hill Place
Novi, MI 48375-5331

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jolynn M. Lussier, Esq.
Fish & Richardson P.C
225 Franklin Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
Clerk

SEP 02 2004
Date

(signature)
(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: 12/16/04 |
| NAME OF SERVER *(PRINT)* [illegible handwriting] | TITLE: Legal Secretary |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with who the summons and complaint were left:

☐ Return unexecuted:

☒ Other *(specify)*: Service by express mail [illegible] overnight services with return receipt requested to [illegible] Talbot, President [illegible] Craft Manufacturing Company

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: | SERVICES: | TOTAL: |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on: _December 16, 2004_     _[signature]_
            *Date*                    *Signature of Server*

_Fish & Richardson P.C._
*Address of Server*
_225 Franklin St_
_Boston, MA 02110_

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.