UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WATTS REGULATOR CO., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRASS CRAFT MANUFACTURING )<br>COMPANY, )<br>)<br>Defendant ) | Civil Action No.: 04 11921 NMG<br><br>Hon. Nathaniel M. Gorton |

## NOTICE OF APPEARANCE

Please enter my appearance for Defendant, Brass Craft Manufacturing Company.

Respectfully submitted,

BRASS CRAFT MANUFACTURING
COMPANY
By its attorney,


_____
Kirk Teska, Esq.
BBO # 559,192
IANDIORIO & TESKA
260 Bear Hill Road
Waltham, MA  02451-1018
Tel:  781-890-5678
Fax:  781-890-1150

DATED:  January 12, 2005