UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WATTS REGULATOR CO.,              )<br>                                                  )<br>          Plaintiff,                            )<br>                                                  )      Civil Action No.: 04 11921 NMG<br>     v.                                          )<br>                                                  )      Hon. Nathaniel M. Gorton<br>BRASS CRAFT MANUFACTURING  )<br>COMPANY,                                )<br>                                                  )<br>          Defendant                        )<br>_____) | |

## CONSENTED MOTION TO EXTEND TIME
## TO ANSWER OR OTHERWISE PLEAD

Pursuant to Fed. R. Civ. P. 6(b), Defendant, with Plaintiff's consent, moves that the time within which Defendant may answer, move or otherwise plead in response to Plaintiff's original Complaint be extended by 30 days, thus extending the time for answering or otherwise pleading to February 4, 2005. *See,* Exhibit A.

Respectfully submitted,

Dated: January 12, 2005            By: _____
                                                Kirk Teska (BBO #559,192)
                                                IANDIORIO & TESKA
                                                260 Bear Hill Road
                                                Waltham, MA 02451-1018
                                                Tel: (781) 890-5678
                                                Fax: (781) 890-1150

R. Terrance Rader (MI P28772)
Glenn E. Forbis (MI P52119)
Kristin L. Murphy (MI P57284)
RADER, FISHMAN & GRAUER PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, Michigan  48334
Tel:  (248) 594-0600
Fax:  (248) 594-0610

Attorneys for Defendant
BRASS CRAFT MANUFACTURING
COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Plaintiff's attorney of record by first class mail at the following address, on January 12, 2005:

Jolynn M. Lussier
Fish & Richardson PC
225 Franklin Street
Boston, MA 02110-2804

_____
Kirk Teska

## Jason Shanske

**From:** "Kristin L. Murphy" <klm@raderfishman.com>
**To:** "Jason Shanske" <jshanske@iandiorio.com>
**Sent:** Wednesday, January 12, 2005 11:23 AM
**Subject:** FW: Watts v. Brass Craft, Civil Action No. 04-11921 NMG



-----Original Message-----
**From:** Tracy L. Zawaski
**Sent:** Wednesday, January 05, 2005 2:20 PM
**To:** 'walden@fr.com'
**Cc:** 'lussier@fr.com'; Sarah J. Goodwin; Glenn E. Forbis; Litigation Paralegals
**Subject:** Watts v. Brass Craft, Civil Action No. 04-11921 NMG

Dear Julie,

This message confirms our telephone discussion today wherein you consented to a 30-day extension of time for Brass Craft to answer or otherwise respond to the complaint in connection with the above-identified matter.

Thank you for your assistance and your prompt attention to this matter. Please let us know if you have any questions or concerns.

Tracy L. Zawaski, Esq.
Rader, Fishman & Grauer PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, Michigan 48304
+1-248-594-0654 direct
+1-248-594-0610 facsimile
tlz@raderfishman.com

**IMPORTANT -- CONFIDENTIAL AND PRIVILEGED INFORMATION:** This message and any attachments are intended for the addressee only and are privileged and confidential. If you are not the addressee, then please DO NOT read, copy or distribute the message or any attachment. Please reply to the sender that you received the message in error and delete it. Thank you.