UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -4 P 3: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WATTS REGULATOR CO.,<br><br>Plaintiff,<br><br>v.<br><br>BRASS CRAFT MANUFACTURING CO.,<br><br>Defendant. | Civil Action No. 04-11921 NMG |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The plaintiff, Watts Regulator Co., by this Notice dismisses this action without prejudice pursuant to Fed.R.Civ.P. 41(a)(1). This Notice of Dismissal is being filed before defendant, Brass Craft Manufacturing Co., has filed an answer or motion for summary judgment in this action.

Dated: February 4, 2005

_____
Jolynn M. Lussier (BBO #564636)
Michael E. Zeliger (BBO #633654)
David L. Schuler (BBO #648012)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Facsimile: (617) 542-8906
Email: Lussier@fr.com
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE was served on counsel for the defendant R. Terrance Rader, Esq., Rader, Fishman & Grauer PLLC, 39533 Woodward Avenue, Suite 140, Bloomfield Hills, MI 48334 and Kirk Teska, Esq., Iandiorio & Teska, 260 Bear Hill Road, Waltham, MA 02451-1018 by first-class mail, postage prepaid and facsimile on February 4, 2005.

_____

21021900.doc